UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SPADY,<br><br>        Plaintiff,<br><br>  v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br>et al.,<br><br>        Defendants. | HONORABLE NOEL L. HILLMAN<br><br>Civil Action No.<br>19-5968 (NLH/KMW)<br><br>**MEMORANDUM**<br>**OPINION & ORDER** |

**APPEARANCES:**

BENJAMIN JARRET WOLF
JOSEPH K. JONES
JONES, WOLF & KAPASI, LLC
375 PASSAIC AVENUE, SUITE 100
FAIRFIELD, NJ 07004

    *On behalf of Plaintiff*

AARON RAPHAEL EASLEY
ANDREW JOSHUA BLADY
SESSIONS, FISHMAN, NATHAN & ISRAEL
3682 GREEN RIDGE ROAD
FURLONG, PA

    *On behalf of Defendants*

**HILLMAN**, District Judge

    This case comes before the court on Plaintiff Joshua Spady's Motion to Stay (Docket Item 10) pending the outcome of the appeal in Cadillo v. Stoneleigh Recovery Associates, a District of New Jersey case that held that the language at issue did not satisfy the requirement of the FDCPA. Defendant

Diversified Consultants, Inc., which had previously filed a Motion to Dismiss (Docket Item 5) in this case, opposed Plaintiff's Motion to Seal (Docket Item 12). The Court notes that Defendant's opposition to the Motion to Seal was premised in large part on the argument that the Third Circuit had not yet accepted the interlocutory appeal in <u>Cadillo</u>. (<u>See</u> Docket Item 12.) In the time since Defendant filed its opposition, however, the Third Circuit has decided to consider the appeal in <u>Cadillo</u> and has set a briefing schedule beginning on October 18, 2019. <u>See</u> <u>Cadillo v. Stoneleigh Recovery Associates</u>, Appellate Docket No. 19-2811.

THEREFORE, IT IS this  9th  day of  October  2019, hereby

ORDERED that Defendant Diversified Consultants, Inc., is afforded 20 days to notify the Court if it will continue in its opposition to the Motion to Stay and, if so, the grounds for such opposition.

s/Noel L. Hillman  
NOEL L. HILLMAN  
United States District Judge