UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA SPADY, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>DIVERSIFIED CONSULTANTS, INC., et al.,<br><br>             Defendants. | Civil No. 19-5968 (NLH/KMW)<br><br>**ORDER** |

**HILLMAN**, District Judge

    WHEREAS, on February 15, 2019, Plaintiff filed an initial complaint in this matter, alleging that Defendants Diversified Consultants, Inc., and John Does 1-25 (collectively, "Defendants") violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*; and

    WHEREAS, Plaintiff alleges that Defendants violated 15 U.S.C. § 1692e by using "false representation or deceptive means to collect or attempt to collect any debt." (Docket Item 1, ¶¶ 64-74); and

    WHEREAS, on March 22, 2019, Plaintiff filed a motion to stay this case pending the outcome of the appeal in Cadillo v. Stoneleigh Recovery Assocs., Inc., No. 19-8008; and

WHEREAS, Defendants initially opposed Plaintiff's motion to stay in part because, at the time, the Third Circuit had not yet accepted the interlocutory appeal in Cadillo, and

WHEREAS, on October 9, 2019, after the Third Circuit had accepted the interlocutory appeal in Cadillo, this Court ordered Defendants to notify the Court as to whether it would continue in its opposition to the motion to stay, and

WHEREAS, on October 28, 2019, Defendants responded by writing in part, "should the court determine a stay is in the best interest of judicial economy, [Defendants] will not oppose." (Docket Item 37, at 1.); and

WHEREAS, matters nearly identical to this one are pending before the Court of Appeals for the Third Circuit, including: Cadillo v. Stoneleigh Recovery Assocs., Inc., No. 19-8008; Riccio v. Sentry Credit, Inc., No. 18-1463; Reizner v. National Recoveries Inc., No. 18-2008; Magana v. Amcol Systems Inc., No. 18-2267; Borozan v. Financial Recovery Services Inc., No. 18-2440; and Robinson v. Northland Group, Inc., No. 18-2741; and

WHEREAS, the Third Circuit recently heard oral argument in Sentry; and

WHEREAS, after oral argument was conducted, the Third Circuit determined that the matter "is controlled by a prior decision of the court which warrants reconsideration" and sua

sponte ordered the matter be heard en banc.  See Sentry, No. 18-1463, Doc. # 311336867; and

WHEREAS, the Third Circuit has stayed Reizner, Magana, Borozan, and Robinson pending resolution of Sentry.  See Sentry, No. 18-1463, Doc. # 3113195981 (staying Borozan pending the outcome of Sentry) and Reizner, No. 18-2008, Doc. # 3113372988 ("appeals are held c.a.v. pending resolution of Maureen Riccio v. Sentry Credit, Inc., Appeal No. 18-1463, by the Court en banc."); and

WHEREAS, at least one other court within this District has stayed similarly-situated matters pending guidance from the Third Circuit, see Martinez v. Diversified Consultants, Inc., No. 17-11923, ECF No. 61 (D.N.J.) (order staying matter pending resolution of Cadillo);

THEREFORE,

IT IS HEREBY on this __21st__  day of __November__  2019

**ORDERED** that this matter is stayed pending the Third Circuit's resolution of Maureen Riccio v. Sentry Credit, Inc., Appeal No. 18-1463 and the related matters discussed above; and it is further

**ORDERED** that within fourteen (14) days of any decision issued by the Third Circuit in Sentry, the parties shall alert this Court – by way of letter - that such decision has been rendered; and it is further

3

**ORDERED** that the Clerk of this Court shall mark this matter administratively terminated and shall reactivate this action upon the filing of the above-contemplated letter from counsel.

|  |  |
|---|---|
| At Camden, New Jersey | s/Noel L. Hillman  _____<br>NOEL L. HILLMAN, U.S.D.J. |